ACCEPTED
05-17-01147-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
5/20/2018 2:24 PM
LISA MATZ
CLERK

## NO. 05-17-01147-CR

| | | | |
|---|---|---|---|
| **STEVEN TROY TILLERY** | § | **IN THE FIFTH** | |
| | § | | |
| **VS.** | § | **COURT OF APPEALS,** | |
| | § | | |
| **STATE OF TEXAS** | § | **DALLAS, TEXAS** | |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
05/20/2018 2:24:37 PM
LISA MATZ
Clerk

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
2018 8:51:00 AM
LISA MATZ
Clerk

### MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Steven Troy Tillery, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the 219th District Court of Collin County, Texas.

2.      The case below was styled the State of Texas vs. Steven Troy Tillery, and numbered 219-82576-2017.

3.      Appellant was convicted of Aggravated Sexual Assault of Child, a First-Degree Felony, on September 12, 2017.

4.      Appellant was assessed a sentence of fifty years (50) in prison.

5.	Timely Notice of appeal was given on September 12, 2017.

6.	The Clerk's Record was filed on November 11, 2017; the Reporter's Record was filed a month late on December 27, 2017.

7.	On April 19, 2018, this Court reinstated this Appeal and ordered Appellant's brief filed by May 21,  2018

8.	Appellant requests an extension of time of 30 days from the present date.

9.	Appellant relies on the following facts as good cause for the requested extension:

Counsel has completed much of the work required to complete the brief. He has interviewed witnesses, discussed the case in detail with client in prison, and has reviewed the reporter's record and began drafting the brief.  Counsel was well equipped to have the brief filed on Monday, May 21, 2018.

However, late last week Counsel suffered a household accident and had to go to the emergency room after part of his right thumb and right forefinger were sliced off by a meat slicer as shown by the following photographs:







Counsel's thumb and finger are expected to grow back but it will take approximately 2-3 weeks for the skin to fully cover the open wounds. Counsel has been forced to type one handed and it is a slow and painful process. For example, this simple Motion took well over 2 hours for Counsel to complete.

Therefore, Counsel respectfully requests an extension of 30 days to complete this brief. If Counsel is still physically unable to proficiently type within that time period, Counsel will make arrangements with another lawyer for assistance in order to timely complete it.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

GIBBS NOLTE ROBISON ROSE, PLLC
2780 Virginia Parkway, Suite 401
MCKINNEY, TX 75071
Tel: (972) 562-0266
Fax: (972) 569-9278

By: **/s/ Mitchell R. Nolte**
Mitchell R. Nolte
State Bar No. 00797159
mitch@mckinneylaw.com
Attorney for Steven Troy Tillery

**CERTIFICATE OF SERVICE**

This is to certify that on May 20, 2018, a true and correct copy of the above and foregoing document was served on the State of Texas, Collin County Criminal District Attorney's Office, by electronic service through the Electronic Filing Manager.

*/s/ Mitchell R. Nolte*
Mitchell R. Nolte

| STATE OF TEXAS | § |
| | § |
| COUNTY OF COLLIN | § |

### AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Mitchell R. Nolte, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion to Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

*/s/ Mitchell R. Nolte*
Mitchell R. Nolte
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on May 20, 2018, to certify which witness my hand and seal of office.

*/s/ Nancy Hernandez*

Notary Public, State of Texas
Comm Expires: 12/26/2021